Douglas J. Pick (DP-5935)
Eric C. Zabicki (EZ-0763)
**PICK & ZABICKI LLP**
Counsel to the Debtor
369 Lexington Avenue, 12th Floor
New York, New York 10017
(212) 695-6000
dpick@picklaw.net

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re: Chapter 11
JOSEPH YERUSHALMI, Case No. 07-72816 (JBR)

Debtor.
-------------------------------------------------------x

**AFFIDAVIT PURSUANT TO LOCAL BANKRUPTCY RULE 1007-1(b)**

STATE OF NEW YORK )
) ss:
COUNTY OF NEW YORK )

ERIC C. ZABICKI, being duly sworn, deposes and says:

1. I am a member of the firm Pick & Zabicki LLP, counsel to Joseph Yerushalmi, the debtor herein (the "Debtor").

2. On July 25, 2007, the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

3. On August 8, 2007, the Debtor filed his schedules of assets and liabilities and required statements with the Court.

4. The following is a listing of the names and addresses of scheduled creditors added to or deleted from the list of creditors which accompanied the petition, and any scheduled creditors whose previously listed names and/or addresses have been corrected, as applicable:

**A. Creditors Added**

(i) Arnold Davis
40 Exchange Place
New York, NY 10002

(ii) Baldwin Technical Support
87 Willow Street
Garden City, NY 11530

(iii) Benzi Paz
6 Hashalom Street
Kfar Netter, Israel

(iv) Bryan Cave, LLP
1290 Avenue of the Americas
New York, NY 10104
Attn: John Berry, Esq.

(v) Jonathan Edwards, Esq.
336 S. Ocean Avenue
Freeport, NY 11520

(vi) Kurcias, Jaffe & Company
111 Great Neck Road
Great Neck, NY 11021

(vii) Malka Yerushalmi
157 West Shore Road
Great Neck, NY 11024

(viii) Moshe Mana/Dawn Singman
16720 Santera Drive
Delray Beach, FL 33484

**B. Creditors Deleted**

(i) Howard Gluckman
Haft & Gluckman

317 Madison Avenue, Suite 912
New York, NY 10017

(ii) Baruch Ivcher
c/o Productos Paraiso
Av. Argentine #5495
Carmen DeLagua-Calla
Lima, Peru

**C. Creditors With Corrected/Changed Information**

(i) Amnon Shiboleth
One Pennsylvania Plaza
Suite 2527
New York, NY 10119

Changed to:

YSYR, LLP/Amnon Shiboleth
One Pennsylvania Plaza
Suite 2527
New York, NY 10119

(ii) Yerushalmi Shiboleth Yisraeli & Roberts
One Pennsylvania Plaza
Suite 2527
New York, NY 10119

Changed to:

YSYR, LLP/Amnon Shiboleth
One Pennsylvania Plaza
Suite 2527
New York, NY 10119

5. An amended mailing matrix is annexed hereto, reflecting only changes added or changed creditors.

6. A copy of this affidavit has been served upon the Office of the United States Trustee and all creditors added, deleted or changed as described above.

**s/Eric C. Zabicki**
ERIC C. ZABICKI

Sworn to before me this
9th day of August, 2007

**s/Douglas J. Pick**
Douglas J. Pick
Notary Public, State of New York
No. 31-4758430
Qualified in New York County
Commission Expires February 30, 2011

**AMENDED MATRIX**

Arnold Davis
40 Exchange Place
New York, NY 10002

Baldwin Technical Support
87 Willow Street
Garden City, NY 11530

Benzi Paz
6 Hashalom Street
Kfar Netter, Israel

Bryan Cave, LLP
1290 Avenue of the Americas
New York, NY 10104
Attn: John Berry, Esq.

Jonathan Edwards, Esq.
336 S. Ocean Avenue
Freeport, NY 11520

Kurcias, Jaffe & Company
111 Great Neck Road
Great Neck, NY 11021

Malka Yerushalmi
157 West Shore Road
Great Neck, NY 11024

Moshe Mana/Dawn Singman

16720 Santera Drive
Delray Beach, FL 33484

YSYR, LLP/Amnon Shiboleth
One Pennsylvania Plaza
Suite 2527
New York, NY 10119