UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

RETURN DATE: DECEMBER 27, 2007
TIME: 10:30 A.M.

In Re:

Joseph Yerushalmi,

Debtor.

-----------------------------------------------------------X

Chapter 7

Case No. 807-72816-619

Notice of Hearing

PLEASE TAKE NOTICE, that on December 27, 2007 at 10:30 a.m. the undersigned will move for the Honorable Joel B. Rosenthal, United States Bankruptcy Judge, United States Bankruptcy Court, Long Island Federal Courthouse, 290 Federal Plaza, Room 960, Central Islip, New York 11722, or as soon thereafter as counsel can be heard for an Order: (a) authorizing the Chapter 7 Trustee to issue subpoenas pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure for the production of documents and testimony from Malka Yerushalmi, Hadar Yerushalmi, Chen Yerushalmi, the Qualified Residence Personal Trust ("Residence Trust"), Janet Baldwin and Baldwin Technical Support, Inc.; (b) authorizing the Chapter 7 Trustee to serve the Rule 2004 subpoenas via certified mail; and (c) such other and further relief that this Court deems just and proper.

PLEASE TAKE FURTHER NOTICE, that a copy of the application is available for inspection at the office of the Clerk of the United States Bankruptcy Court during normal business hours at the Long Island Federal Courthouse, 290 Federal Plaza, Central Islip, New York 11722 or may be obtained by contacting the undersigned.

PLEASE TAKE FURTHER NOTICE, that objections to the Trustee's application, if any, must be filed as follows: (a) (i) through the Bankruptcy Court's electronic filing system (in accordance with General Order M-182), which may be accessed through the Internet at the Bankruptcy Court's website: www.nyeb.uscourts.gov, using Netscape Navigator software version 3.0 or higher, and (ii) in portable document format (PDF) using Adobe Exchange

software for conversion; or (b) if a party is unable to file electronically, such party shall submit the objection in PDF format on a diskette in an envelope with the case name, case number, type and title of document, document number of the document to which the objection refers, and the file name on the outside of the envelope; or (c) if a party is unable to file electronically or use PDF format, such party shall submit the objection on a diskette in either Word, WordPerfect, or DOS text (ASCII) format. An objection filed by a party with no legal representation shall comply with section (b) or (c) as set forth in this paragraph. A hard copy of the objection, whether filed pursuant to section (a), (b) or (c), as set forth in this paragraph, shall be hand-delivered directly to the Chambers of the Honorable Joel B. Rosenthal, and a hard copy shall be served upon the Trustee's counsel, Weinberg, Gross & Pergament LLP, 400 Garden City Plaza, Suite 403, Garden City, New York 11530, Attention: Marc A. Pergament, Esq., the Office of the United States Trustee, Long Island Federal Courthouse, 560 Federal Plaza, Central Islip, New York 11722, and file with the Clerk of the Bankruptcy Court, with a copy to chambers on or before December 21, 2007.

Dated: Garden City, New York
December 5, 2007

Weinberg, Gross & Pergament LLP
Attorneys for Trustee

By: ______________________________

Marc A. Pergament
400 Garden City Plaza, Suite 403
Garden City, New York 11530
(516) 877-2424