# EXHIBIT A

Weinberg, Gross & Pergament LLP
ATTORNEYS AT LAW
Suite 403
400 Garden City Plaza
Garden City, New York 11530

Marc A. Pergament
*Partner*

Telephone: (516) 877-2424 Ext. 226
Facsimile: (516) 877-2460
Email: mpergament@wgplaw.com

October 5, 2007

VIA FACSIMILE TRANSMITTAL (516) 248-1729
and FIRST CLASS MAIL

Gary M. Kushner, Esq.
Forchelli, Curto, Schwartz, Mineo,
Carlino & Cohn, LLP
330 Old Country Road
P.O. Box 31
Mineola, New York 11501

Re: Joseph Yerushalmi
Case No. 807-72816-619

Dear Gary:

This firm has been retained as counsel for the Interim Trustee in the above-referenced Chapter 7 case.

To assist the Trustee in his administration of this bankruptcy case, it is requested that you provide me with the following documents on or before October 12, 2007:

1. authorization for the Trustee and all members of his law firm to review the file maintained by the Nassau County Clerk in the matrimonial litigation between Malka Yerushalmi and Joseph Yerushalmi under Index No. 201267/02;

2. the Debtor's Federal and State Income Tax Returns for calendar years 2000 through 2006 with all schedules;

3. all Federal and State Tax Returns filed on behalf of the Residence Trust;

4. all Federal and State Tax Returns filed on behalf of the Trust created by the Debtor dated July 31, 1989;

5. the identification of all checking accounts, savings accounts and brokerage accounts maintained by the Debtor from January 1, 1995 through the present;

6. all bank statements and all cancelled checks for all checking accounts maintained by the Debtor from January 1, 2000 through September 30, 2007;

7. the Last Will & Testament of the Debtor's father;

8. all documents that refer or relate to the proceedings with respect to the probating or administering of the estate of the Debtor's father;

9. identification of all corporations in which the Debtor was an officer, director or shareholder from January 1, 1995 through the present;

10. all documents evidencing the resignation of any person from either of the Residence Trust or the Trusts created by the Debtor;

11. all documents evidencing the appointment of Trustees with respect to the Residence Trusts or any Trusts created by the Debtor;

12. all appraisals of the contents of any of the apartments or real properties owned by or in which the Debtor had an interest;

13. all appraisals for the following real properties:

a. 200 East 58th Street, New York, New York;

b. 19-21 Warren Street, New York, New York;

c. 186 West 80th Street, Apartment 11C, New York, New York;

d. 186 West 80th Street, Apartment 11D, New York, New York; and

e. 157 West Shore Road, Great Neck, New York;

14. all documents that refer or relate to the obligation owed by the Debtor to Oxford Trust;

15. all documents that refer or relate to the value of LSL Biotechnologies, Inc.;

16. any shareholders agreement with respect to LSL Biotechnologies, Inc.;

17. the Federal and State Income Tax Returns for Kentfield, LLC from January 1, 2000 through the present; and

18. the closing statement and related documents with respect to the acquisition and/or refinance of each of the real properties identified in subparagraph 13.

Should you have any questions, concerning any of these requests please call me immediately.

Sincerely yours,

Marc A. Pergament

MAP:mm