# EXHIBIT B

SCHEDULE A

DOCUMENT DEMAND

MALKA YERUSHALMI

1. All documents relating to the transfer to you of the Debtor's ownership interest in 157 West Shore Road, Great Neck, New York (the "Residence") on or about September 7, 1995 (the "Transfer"), including but not limited to, the closing statement, deed, HUD-1 and related documents.

2. All agreements and/or correspondence between you and the Debtor with respect to the Transfer of the Residence.

3. All documents that evidence your financial contribution for the payment of household and mortgage expenses related to the Residence from September 1, 1995 to the present.

4. All documents that evidence any consideration paid by you to the Debtor with respect to the Transfer of the Residence to you.

5. All documents that refer or relate to the transfer of your ownership interest in the Residence to the "Qualified Residence Personal Trust" created in or about September 7, 1995 (the "Residence Trust), including any documents showing any consideration received by you for the transfer.

6. All documents that refer or relate to the formation of the Residence Trust, including but not limited to any agreements and correspondence between you and the Debtor.

7. All documents that refer or relate to the acquisition by you, in or about 1996, of your ownership interest in two (2) apartments located at 186 West 80th Street, New York, New York (the "80th Street Property"), including but not limited to, the closing statements and bank statements.

8. All documents that refer or relate to the acquisition by you, in or about 2000, of your ownership interest in the apartment located at 19-21 Warren Street, New York, New York (the "Warren Street Property"), including but not limited to, the closing statements and bank records.

9. All documents that evidence any payments made by you with respect to your acquisition of the 80th Street Property and/or Warren Street Property.

10. All documents that evidence payments made by you with respect to household and mortgage expenses for the 80th Street and/or Warren Street Property from January 1, 1996 to the present.

11. All documents evidencing any payments and/or loans made by the Debtor to you from September 7, 1995 to the present, including but not limited to cancelled checks, bank records, notes and mortgages.

12. The "Statement of Net Worth" filed by you in the matrimonial proceeding between you and the Debtor in the Supreme Court, State of New York, County of Nassau (Index No. 201267/02).

13. All Federal and State Income Tax Returns filed on behalf of the Residence Trust from September 7, 1995 to the present.

14. Copies of all statements and cancelled checks for bank accounts maintained by you and the Debtor with any banking or financial institutes from September 7, 1995 to the present.

15. All Federal and State Income Tax Returns filed on behalf of you and the Debtor from 1995 to the present.

SCHEDULE A

DOCUMENT DEMAND

HADAR YERUSHALMI

1. All documents that refer or relate to the acquisition by you, in or about 2000, of your ownership interest in an apartment located at 19-21 Warren Street, New York, New York (the "Warren Street Property"), including but not limited to, the closing statements and bank records.

2. All documents that evidence payments made by you with respect to your acquisition of the Warren Street Property.

3. All documents that evidence payments made by you with respect to mortgage expenses and other expenses for the Warren Street Property.

4. All documents evidencing any payments and/or loans made by the Debtor to you from January 1, 1996 to the present, including but not limited to cancelled checks, bank records, notes and mortgages.

5. All documents evidencing bank accounts maintained by you, or on your behalf, with the Debtor from January 1, 1996 to the present, including statements and cancelled checks.

SCHEDULE A

DOCUMENT DEMAND

CHEN YERUSHALMI

1. All documents that refer or relate to the acquisition by you, in or about 1996, of your ownership interest in apartments located at 180 West 80th Street, New York, New York (the "80th Street Property"), including but not limited to, the closing statements and bank records.

2. All documents that evidence payments made by you with respect to your acquisition of the 80th Street Property.

3. All documents that evidence payments made by you with respect to mortgage expenses and other expenses for the 80th Street Property from January 1, 1996 to the present.

4. All documents evidencing any payments and/or loans made by the Debtor to you from January 1, 1996 to the present, including but not limited to cancelled checks, bank records, notes and mortgages.

5. All documents evidencing bank accounts maintained by you, or on your behalf, with the Debtor from January 1, 1996 to the present, including statements and cancelled checks.

SCHEDULE A

DOCUMENT DEMAND

QUALIFIED RESIDENCE PERSONAL TRUST, DATED SEPTEMBER 7, 1995

1. All accounting records maintained by, or on behalf of, the Qualified Residence Personal Trust (the "Trust") from September 7, 1995 to the present.

2. All tax returns filed by, or on behalf of, the Trust from September 7, 1995 to the present.

3. All documents that evidence contributions made to the Trust by the Debtor from September 7, 1995 to the present.

4. All documents that evidence bank accounts maintained by, or on behalf of, the Trust in bank and/or financial institutions from September 7, 1995 to the present.

5. All documents that show the real and/or personal property owned by the Trust from September 7, 1995 to the present.

6. All documents evidencing distributions from the Trust from September 7, 1995 to the present.

7. All documents that evidence payments made by you with respect to household and mortgage expenses for the real property known as 180 West 80th Street, New York, New York.

8. All documents evidencing any payments and/or loans made by the Debtor to you from September 7, 1995 to the present, including but not limited to, cancelled checks, bank records, notes and mortgages.

9. All documents evidencing bank accounts maintained by you or on your behalf with the Debtor from September 7, 1995 to the present, including statements and cancelled checks.

10. All documents evidencing bank accounts maintained by you or on your behalf with the Debtor from September 7, 1995 to the present, including statements and cancelled checks.

SCHEDULE A

DOCUMENT DEMAND

JANET BALDWIN

1. All correspondence between you and the Debtor from January 1, 2000 to the present.

2. All agreements between you and the Debtor from January 1, 2000 to the present.

3. All documents that refer or relate to payments and/or loans made by the Debtor to you from January 1, 2000 to the present, including but not limited to, accounting records, bank statements, checks, notes and mortgages.

4. All documents that refer or relate to payments and/or loans made by you to the Debtor from January 1, 2000 to the present, including but not limited to accounting records, bank statement , checks, notes and mortgages.

SCHEDULE A

DOCUMENT DEMAND

BALDWIN TECHNICAL SUPPORT, INC.

1. All correspondence between Baldwin Technical Support, Inc. ("Baldwin") and the Debtor from January 1, 2000 to the present.

2. All agreements between Baldwin and the Debtor from January 1, 2000 to the present.

3. All documents that refer or relate to payments and/or loans made by the Debtor to Baldwin from January 1, 2000 to the present, including but not limited to, accounting records, invoices, ledgers, bank statements, checks, notes and mortgages.

4. All documents that refer or relate to the nature and extent of services rendered by Baldwin to the Debtor from January 1, 2000 to the present.

5. All documents that refer or relate to payments and/or loans made by the Baldwin to the Debtor from January 1, 2000 to the present, including but not limited to accounting records, bank statements, checks, notes and mortgages.

6. The stock ledger of Baldwin.

7. Baldwin's Federal and State Income Tax Returns from January 1, 2000 to the present.

8. Baldwin's shareholder agreements from incorporation to the present.