AFFIDAVIT OF SERVICE BY FIRST CLASS MAIL

Re: Joseph Yerushalmi
Case No. 807-72816-619

STATE OF NEW YORK )
) ss.:
COUNTY OF NASSAU )

Marianne Mastrocco, being duly sworn, deposes and says:

That I am not a party to this action, am over the age of 18 years, and reside in Franklin Square, New York.

That on the 10th day of December 2007, I served the within ***NOTICE OF HEARING, AFFIRMATION IN SUPPORT and PROPOSED ORDER*** upon the Office of the United States Trustee, the Debtor, the Debtor's counsel, Malka Yerushalmi, Hadar Yerushalmi, Chen Yerushalmi, Malka Yerushalmi as Trustee of the "Residence Trust", Janet Baldwin and Baldwin Technical Support, Inc. at their following respective addresses by depositing a true copy of the same enclosed in a post-paid, properly addressed envelope in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

***SEE ATTACHED SERVICE LIST***

Marianne Mastrocco
Marianne Mastrocco

Sworn to before me this
10th day of December, 2007

Frances Alberti
NOTARY PUBLIC

**Frances Alberti**
**Notary Public, State of New York**
**Registration #01AL6106703**
**Qualified in Nassau County**
**Commission Expires March 15, 20 08**

***SERVICE LIST***

Office of the United States Trustee
Long Island Federal Courthouse
560 Federal Plaza
Central Islip, New York 11722

Joseph Yerushalmi
157 West Shore Road
Great Neck, New York 11024

Gary M. Kushner, Esq.
Forchelli, Curto, Schwartz, Mineo,
Carlino & Cohn, LLP
330 Old Country Road
P.O. Box 31
Mineola, New York 11501

Malka Yerushalmi
157 West Shore Road
Great Neck, New York 11024

Hadar Yerushalmi
350 5th Avenue
New York, New York 10118-0110

Chen Yerushalmi
186 West 80th Street, Unit 11C
New York, New York 10024-6325

Malka Yerushalmi as Trustee of the "Residence Trust"
157 West Shore Road
Great Neck, New York 11024

Janet Baldwin
87 Willow Street
Garden City, New York 11530-6622

Baldwin Technical Support, Inc.
87 Willow Street
Garden City, New York 11530

Salvatore LaMonica, Esq.
LaMonica Herbst & Maniscalco, LLP
Attorney for Malka Yerushalmi
3305 Jerusalem Avenue
Wantagh, New York 11793