UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In Re: Chapter 7

Joseph Yerushalmi, Case No. 807-72816-619

Debtor. Order

-----------------------------------------------------------X

The Trustee having applied for an Order: (a) authorizing the Chapter 7 Trustee to issue subpoenas pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure for the production of documents and testimony from Malka Yerushalmi, Hadar Yerushalmi, Chen Yerushalmi, the Qualified Residence Personal Trust ("Residence Trust"), Janet Baldwin and Baldwin Technical Support, Inc.; (b) authorizing the Chapter 7 Trustee to serve the Rule 2004 subpoenas via certified mail; and (c) such other and further relief that this Court deems just and proper, and the Notice of Hearing, Affirmation in Support and proposed order having been served upon the Office of the United States Trustee, the Debtor, the Debtor's counsel, Malka Yerushalmi, Hadar Yerushalmi, Chen Yerushalmi, Malka Yerushalmi as Trustee of the "Residence Trust", Janet Baldwin and Baldwin Technical Support, Inc., and after due deliberation and consideration, and on the record before the Court, it is hereby

ORDERED, that the Trustee's Motion is granted, and it is further

ORDERED, that the Chapter 7 Trustee is authorized to issue subpoenas pursuant to Rule 2004 requiring the testimony and production of documents by Malka Yerushalmi, Hadar Yerushalmi, Chen Yerushalmi, ***and*** the "Residence Trust", ~~Janet Baldwin and Baldwin Technical Support, Inc.~~, and it is further

ORDERED, that the Trustee is authorized to serve the Rule 2004 subpoenas via

***both*** certified mail ***and first class mail***.

Dated: Central Islip, New York
December 27, 2007

***s/Joel B. Rosenthal***
Joel B. Rosenthal, U.S.B.J.