UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X

RETURN DATE: APRIL 3, 2008
TIME: 10:00 A.M.

In Re:

Joseph Yerushalmi,

Debtor.

--------------------------------------------------------X

Chapter 7

Case No. 807-72816-jf

Notice of Hearing

PLEASE TAKE NOTICE, that on April 3, 2008 at 10:00 a.m. the undersigned will move before the Honorable Jerome Feller, United States Bankruptcy Judge, United States Bankruptcy Court, 271 Cadman Plaza East, Room 3554, Brooklyn, New York 11201, or as soon thereafter as counsel can be heard for an Order: (a) holding Chenie Yerushalmi in contempt for his refusal to produce documents and to appear for his Rule 2004 examination as required by a Subpoena served upon him pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure; (b) assessing sanctions and fines against Chenie Yerushalmi in the sum of $100.00 per day until he appears for his Rule 2004 examination and produces the requested documents; (c) awarding the Trustee his costs and attorneys fees with respect to this motion in the sum of $1,250.00 payable by Chenie Yerushalmi within ten (10) days of service of notice of entry of the order; and (d) for such other and further relief as this Court deems just and proper.

PLEASE TAKE FURTHER NOTICE, that a copy of the application is available for inspection at the office of the Clerk of the United States Bankruptcy Court during normal business hours at the United States Bankruptcy Court, 271 Cadman Plaza East, Brooklyn, New York 11201 or may be obtained by contacting the undersigned.

PLEASE TAKE FURTHER NOTICE, Objections to the Trustee's application shall be filed as follows: (a) (i) through the Bankruptcy Court's electronic filing system (in accordance with General Order M-182), which may be accessed through the Internet at the

Bankruptcy Court's website: www.nyeb.uscourts.gov, using Netscape Navigator software version 3.0 or higher, and (ii) in portable document format (PDF) using Adobe Exchange software for conversion; or (b) if a party is unable to file electronically, such party shall submit the objection in PDF format on a diskette in an envelope with the case name, case number, type and title of document, document number of the document to which the objection refers, and the file name on the outside of the envelope; or (c) if a party is unable to file electronically or use PDF format, such party shall submit the objection on a diskette in either Word, WordPerfect, or DOS text (ASCII) format. An objection filed by a party with no legal representation shall comply with section (b) or (c) as set forth in this paragraph. A hard copy of the objection, whether filed pursuant to section (a), (b) or (c), as set forth in this paragraph, shall be hand-delivered directly to the Chambers of the Honorable Jerome Feller, and a hard copy shall be served upon the Trustee's counsel, Weinberg, Gross & Pergament LLP, 400 Garden City Plaza, Suite 403, Garden City, New York 11530, Attention: Marc A. Pergament, Esq., the Office of the United States Trustee, Long Island Federal Courthouse, 560 Federal Plaza, Central Islip, New York 11722, and file with the Clerk of the Bankruptcy Court, with a copy to chambers on or before March 27, 2008.

Dated: Garden City, New York
March 7, 2008

Weinberg, Gross & Pergament LLP
Attorneys for Trustee

By: ______________________________

Marc A. Pergament
400 Garden City Plaza, Suite 403
Garden City, New York 11530
(516) 877-2424