UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X

In Re: Chapter 7

Joseph Yerushalmi, Case No. 807-72816-jf

Debtor. Order

---------------------------------------------------------X

Upon the application of Marc A. Pergament, the Trustee for the above-referenced Chapter 7 case (the "Trustee"), by his attorneys, Weinberg, Gross & Pergament LLP, for an Order: (a) holding Chenie Yerushalmi in contempt for his refusal to produce documents and to appear for his Rule 2004 examination as required by a Subpoena served upon him pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure; (b) assessing sanctions and fines against Chenie Yerushalmi in the sum of $100.00 per day until he appears for his Rule 2004 examination and produces the requested documents; (c) awarding the Trustee his costs and attorneys fees with respect to this motion in the sum of $1,250.00 payable by Chenie Yerushalmi within ten (10) days of service of notice of entry of the order; and (d) for such other and further relief as this Court deems just and proper, and the Notice of Hearing, Affirmation in Support and proposed order having been served upon the Office of the United States Trustee, the Debtor's counsel, Chenie Yerushalmi, Chenie Yerushalmi's counsel, and after due deliberation and consideration, and on the record before the Court, it is hereby

ORDERED, that Chenie Yerushalmi is hereby found in contempt of Court for his refusal to produce documents and to appear for his Rule 2004 examination, and it is further

ORDERED, that Chenie Yerushalmi is fined in the sum of $100.00 per day until he produces the requested documents and appears for his examination at a time and date convenient to the Trustee, and it is further

ORDERED, that Chenie Yerushalmi is liable for and shall pay the sum of $1,250.00 to the Trustee as reimbursement for attorney's fees and costs with respect to this motion and said sum shall be paid on or before ten (10) days after service of entry of this Order.

Dated: Brooklyn, New York
March __, 2008

________________________________________

Jerome Feller, United States Bankruptcy Judge