# EXHIBIT B

AFFIDAVIT OF SERVICE BY CERTIFIED MAIL
RETURN RECEIPT REQUESTED AND FIRST CLASS MAIL

Re: Joseph Yerushalmi
Case No. 807-72816-jf

STATE OF NEW YORK)
)ss.:
COUNTY OF NASSAU )

Marianne Mastrocco, being duly sworn, deposes and says:

That I am not a party to this action, am over the age of 18 years, and reside in Franklin Square, New York.

That on the 16th day of January, 2008, I served the **SUBPOENA FOR RULE 2004 EXAM, ORDER AND SCHEDULE A** upon the party noted below at the address listed below by depositing a true copy of the same enclosed in a post-paid properly addressed envelope, marked Certified Mail, Return Receipt Requested and by first class mail, in a properly addressed envelope, in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

Chen Yerushalmi
186 West 80th Street, Unit 11C
New York, New York 10024-6325
Article No. 7006 2760 0004 0318 7737

Marianne Mastrocco
Marianne Mastrocco

Sworn to before me this
16th day of January, 2008

Frances Alberti
NOTARY PUBLIC

Frances Alberti
Notary Public, State of New York
Registration #01AL6106703
Qualified in Nassau County
Commission Expires March 15, 2008

AFFIDAVIT OF SERVICE BY CERTIFIED MAIL
RETURN RECEIPT REQUESTED AND FIRST CLASS MAIL

Re: Joseph Yerushalmi
Case No. 807-72816-jf

STATE OF NEW YORK)
)ss.:
COUNTY OF NASSAU )

Marianne Mastrocco, being duly sworn, deposes and says:

That I am not a party to this action, am over the age of 18 years, and reside in Franklin Square, New York.

That on the 16th day of January, 2008, I served the **SUBPOENA FOR RULE 2004 EXAM, ORDER AND SCHEDULE A** upon the party noted below at the address listed below by depositing a true copy of the same enclosed in a post-paid properly addressed envelope, marked Certified Mail, Return Receipt Requested and by first class mail, in a properly addressed envelope, in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

Chen Yerushalmi
319 East 8th Street, Apt. 6C
New York, New York 10009
Article No. 7006 2760 0004 0318 7744

Marianne Mastrocco
Marianne Mastrocco

Sworn to before me this
16th day of January, 2008

Frances Alberti
NOTARY PUBLIC

Frances Alberti
Notary Public, State of New York
Registration #01AL6106703
Qualified in Nassau County
Commission Expires March 15, 20 08