# EXHIBIT C

Weinberg, Gross & Pergament LLP
ATTORNEYS AT LAW
Suite 403
400 Garden City Plaza
Garden City, New York 11530

Marc A. Pergament
*Partner*

Telephone: (516) 877-2424 Ext. 226
Facsimile: (516) 877-2460
Email: mpergament@wgplaw.com

February 13, 2008

Mr. Chen Yerushalmi
419 Lafayette Street, 2nd Floor
New York, New York 10003

Re: Joseph Yerushalmi
Case No. 807-72816-jf

Dear Mr. Yerushalmi:

This letter shall confirm our telephone conversation of February 5, 2008 when you advised that me that you had "just" received the Rule 2004 subpoena and Order and that you would be contacting counsel to represent your interests. You also advised that you would be leaving for a wedding and would be returning on or about February 11, 2008. In our conversation you expected to have counsel contact me by February 6, 2008.

As I did not heard from you or your counsel, I left you a voice message on February 8, 2008 as we need to move forward and schedule your examination and your production of documents.

On February 12, 2008 we spoke and you advised me you had still not retained counsel and you just returned from your trip to the Bahamas, but that you expected to have counsel retained by no later than February 15, 2008.

Be advised that in the event you do not agree to produce the documents by a specific date and appear for an examination and if that information is not conveyed by February 15, 2008, I will pursue all my remedies under the Federal Rules of Bankruptcy Procedure and Federal Rules of Civil Procedure.

I understand your position that you did not learn of the subpoena until February 5, 2008. As you know, I do not necessarily accept that representation and if there was any delay it was due to the fact that your father failed and refused to provide me with your current address.

I hope that we are able to resolve these scheduling issues and move forward with this matter.

Very truly yours,

Marc A. Pergament

MAP:kag:mm