# EXHIBIT D

Weinberg, Gross & Pergament LLP
ATTORNEYS AT LAW
Suite 403
400 Garden City Plaza
Garden City, New York 11530

Marc A. Pergament
*Partner*

Telephone: (516) 877-2424 Ext. 226
Facsimile: (516) 877-2460
Email: mpergament@wgplaw.com

February 20, 2008

VIA FACSIMILE (516) 357-3792
and FIRST CLASS MAIL
Nathan Dee, Esq.
Cullen & Dykman LLP
100 Quentin Roosevelt Boulevard
Garden City, New York 11530

Re: Joseph Yerushalmi
Case No. 807-72816-jf

Dear Nathan:

This letter is a follow up to our telephone conversation of February 19, 2008 wherein you advised me that your firm has been retained as counsel to Chenie Yerushalmi in the above referenced Chapter 7 case.

I am pleased to provide you with a copy of the Rule 2004 subpoena and Order that was served upon your client. It had been previously mailed to your client but he claims that he did not receive the copy of the subpoena and Order although the address given to me was from his father.

I also served him at certain real property that he owns in New York City and thus I am surprised that he did not receive it.

Be advised that I have certain deadlines that are fast approaching and I need to have your client produce the requested documents and appear for his examination.

In the event we are unable to resolve these matters by February 22, 2008, I will seek an immediate hearing before Judge Feller to hold your client in contempt of court.

Should you have any questions concerning the Order or subpoena, please call me immediately.

Very truly yours,

Marc A. Pergament

MAP:kag
enclosure

Weinberg, Gross & Pergament LLP
ATTORNEYS AT LAW
Suite 403
400 Garden City Plaza
Garden City, New York 11530

Marc A. Pergament
*Partner*

Telephone: (516) 877-2424 Ext. 226
Facsimile: (516) 877-2460
Email: mpergament@wgplaw.com

February 21, 2008

VIA FACSIMILE (516) 357-3792
and FIRST CLASS MAIL

Nathan Dee, Esq.
Cullen & Dykman LLP
100 Quentin Roosevelt Boulevard
Garden City, New York 11530

Re: Joseph Yerushalmi
Case No. 807-72816-jf

Dear Nathan:

This letter shall confirm our telephone conversation of February 21, 2008, wherein it was agreed that Chenie Yerushalmi will produce the documents required under the Rule 2004 subpoena to me on or before February 29, 2008 by 10:30 a.m. and shall appear for his Rule 2004 examination on March 7, 2008 at 9:00 a.m.

In the event that there is anything inaccurate in this letter, please contact me immediately.

Very truly yours,

Marc A. Pergament

MAP:kag