AFFIDAVIT OF SERVICE BY MAIL

Re: Joseph Yerushalmi
Case No. 807-72816-jf

STATE OF NEW YORK )
) ss.:
COUNTY OF NASSAU )

Kayann Gottlieb, being duly sworn, deposes and says:

That I am not a party to this action, am over the age of 18 years, and reside in Farmingdale, New York.

That on the 7th day of March, 2008, I served the within ***NOTICE OF HEARING, AFFIRMATION IN SUPPORT AND PROPOSED ORDER,*** upon the Office of the United States Trustee, the Debtor's counsel, Chenie Yerushalmi, and Chenie Yerushalmi's counsel at their following respective addresses by depositing a true copy of the same enclosed in a post-paid, properly addressed envelope in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

Office of the United States Trustee
Long Island Federal Courthouse
560 Federal Plaza
Central Islip, New York 11722

Office of the United States Trustee
271 Cadman Plaza East
Brooklyn, New York 11201

Gary M. Kushner, Esq.
Forchelli, Curto, Schwartz, Mineo,
Carlino & Cohn, LLP
330 Old Country Road
P.O. Box 31
Mineola, New York 11501

Mr. Chen Yerushalmi
419 Lafayette Street, 2nd Floor
New York, New York 10003

Matthew Roseman, Esq.
Cullen & Dykman LLP
100 Quentin Roosevelt Boulevard
Garden City, New York 11530

Kayann Gottlieb

Kayann Gottlieb

Sworn to before me this
7th day of March, 2008

Kimberly A. Galantai

NOTARY PUBLIC

Kimberly A. Galantai
Notary Public, State of New York
Registration No. 01GA6062683
Qualified in Nassau County
Commission Expires August 13, 2009