AFFIRMATION OF SERVICE VIA
REGISTERED MAIL

RE: Joseph Yerushalmi
Case No. 807-72816-478

Michael Herzberg, duly affirms under the penalties of perjury as follows:

I am an attorney at law admitted to practice before the Courts of the State of Israel, and am a partner of the law firm of J. Richter, Herzberg, Yogev & Co., which maintains offices at 42 Agripas Street, Zip Code 94301, P.O. Box 28004, in Jerusalem, Israel.

That on the 17th day of February, 2014, I served the **NOTICE OF HEARING, AFFIRMATION IN SUPPORT AND PROPOSED ORDER** upon the shareholders of Netline Communications Technologies Ltd. identified in the service list annexed hereto, to their respective addresses by depositing a true copy of the same enclosed in a post-paid, properly addressed envelope in an official depository via registered mail under the exclusive care and custody of the Israeli Post.

SEE ANNEXED SERVICE LIST

Dated: Jerusalem, Israel
February 27, 2014

Michael Herzberg

מיכאל הרצברג, עורך דין
מ.ר. 4571
רחוב אגריפס 42 (בית כרוית)
ת.ד. 28004, ירושלים
טל: 02-6258231 פקס: 02-6247144

**SERVICE LIST**

Netline Technologies
132 Derech Begin
Tel Aviv-Jaffa, 67021, Azrieli Towers
Registered Mail No. RR333176768IL

Benny Arbel
9 Yigal Mossinzon
Tel Aviv
Registered Mail No. RR333176799IL

Tzach Livne
20 Dr. Eliyhu Street
Ramat Gan
Registered Mail No. RR333176808IL

Loreen Cayzer
44/18 Shderot,
Shpira Ashkelon
Registered Mail No. RR333176811IL

Relly Pavlovich
9 Zohar Street
Registered Mail No. RR333176666IL

Dima Feldman
28 LaMerhav Street
Ramat Hasharon
Registered Mail No. RR333176697IL

Rope Ikin
2 Haaim Moshe Peres Street
Mazkeret Batia
Registered Mail No. RR333176723IL

1 מגדל [illegible]
ירושלים [illegible]

דואר ישראל
www.israelpost.co.il
חברת דואר ישראל בע"מ

# אישור על משלוח
# דברי דואר רשומים במרוכז

שם השולח מיכל הרצברג תאריך 17/02/2014

דברי דואר לנמענים שפרטיהם רשומים להלן נתקבלו למשלוח בדואר רשום לפי המספרים הבאים:

| מס' | שם הנמען | מענו | ר | מספר הרישום | R | א.מ. |
|---|---|---|---|---|---|---|
| | רועי איירון | רח' חיים משה פרס 2 מבשרת ציון | | RR333176723 IL | | |
| | רלי פבלוביץ' | רח' צוהר 9 ת"א - יפו 68507 | | RR333176666 IL | | |
| | דימה פלדמן | רח' למרחב 29 ת.ד. 2679 רמת השרון [illegible] | | RR333176697 IL | | |
| | לירן ק"צר | רח' [illegible] 8 אשקלון 78210 | | RR333176811 IL | | |
| | לבנה דה | רח' ד"ר אליהו 80 רמת גן 5262131 | | RR333176808 IL | | |
| | בני אורבך | רח' יגאל מוסינזון 9 ת"א יפו 6901909 | | RR333176799 IL | | |
| | נציג טכנולוגי' [illegible] | מנחם בגין 132 מרכז עזריאלי תל אביב-יפו [illegible] | | RR333176768 IL | | |
| | [illegible] | | | | | |
| | | | | | | |

למילוי בידי השולח אנא שמור על האישור למקרה של בירור.

חברת הדואר תשלם פיצוי בשל נזק, גניבה או אובדן של דבר דואר בהתאם להוראות חוק הדואר והתקנות שהותקנו לפיו.

728-0001

ניתן לעקוב אחר כל פעילות הדואר העסקי באמצעות אתר האינטרנט.

דואר ישראל
ירושלים 0
אגריפס
0130041
17/02/14 11:36

שם וחתימת הפקיד

חותמת הדואר

| | |
|---|---|
| שם השולח | |
| סה"כ דברי דואר | קוד שולח |
| רשומים / מתוכם עם א.מ. | תאריך |

שם האשנבאי

חתימת האשנבאי

אשנבאי, נא שמור ספח זה בתיק!